**3078931 – MWH/KAH/CG/ad**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAM DEVELOPMENT GROUP, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> EYM REALTY GRIFFITH PLAZA, LLC, a Texas limited liability company; EYM REALTY OF WISCONSIN, LLC, a Texas limited liability company; EYM REALTY OF INDIANA, LLC a Texas limited liability company; and EYM GROUP, INC., a Texas corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 25-cv-6636 |

## COMPLAINT

NOW COMES Plaintiff, CAM Development Group, Inc., an Illinois corporation, by and through its attorneys, Amundsen Davis, LLC, as and for its Complaint against EYM Realty Griffith Plaza, LLC, a Texas limited liability company, EYM Realty of Wisconsin, LLC, a Texas limited liability company, EYM Realty of Indiana, a Texas limited liability company, and EYM Group, Inc., a Texas Corporation; and hereby states as follows:

## NATURE OF THE ACTION

1. This is an action for breach of contract arising out of three written agreements between CAM Development Group, Inc. and: (1) EYM Realty Griffith Plaza, LLC; (2) EYM Realty of Wisconsin, LLC; and (3) EYM Realty of Indiana, LLC (collectively referred to as the "EYM Realty Entities"), wherein CAM Development Group, Inc. agreed to provide labor, equipment and materials for three separate construction projects owned by the EYM Realty Entities as follows:

| Property Address | City/ State | Owner |
|---|---|---|
| 330 Ridge Road | Griffith, IN | EYM Realty Griffith Plaza, LLC |
| 605 S. Church St. | Watertown, WI | EYM Realty Wisconsin, LLC |
| 637 E. National Ave. | Brazil, IN | EYM Realty Indiana, LLC |

2. CAM Development Group, Inc fully performed its contractual duties with respect to the above construction projects, and the EYM Realty Entities breached the agreements by failing to pay CAM Development Group, Inc. the agreed upon price(s) despite repeated demands to do so.

3. As set forth below, CAM Development Group, Inc is seeking compensatory damages, as well as attorneys' fees, costs and prejudgment interest. The total amount due and owing to CAM Development Group, Inc based on its performance of the above construction contracts is $239,444.20, exclusive of attorneys' fees, costs, and prejudgment interest.

## THE PARTIES

4. CAM Development Group, Inc ("CAM") is an Illinois corporation with its principal place of business in Sugar Grove, Illinois. At all relevant times, CAM has been registered with the Illinois Secretary of State to do business in Illinois. As an Illinois Corporation, CAM is a citizen of Illinois.

5. EYM Realty Griffith Plaza, LLC ("EYM Griffith") is a Texas limited liability company with its principle place of business at 211 E. 7th St., Ste 620, Austin, Texas 78701. At all relevant times, EYM Griffith was registered with the Indiana Secretary of State to do business in Indiana. According to the Texas Secretary of State's website, the manager of EYM Griffith is an individual named Eduardo Diaz with an address of 450 E John Carpenter Fwy, Ste 100, Irving, Texas. Based upon the citizenship of its sole manager, EYM Griffith is a citizen of the state of Texas.

6. EYM Realty of Wisconsin, LLC (EYM Wisconsin), is a Texas limited liability company with its principle place of business at 450 E. John Carpenter Fwy Ste. 100, Irving, Texas 75062. At all relevant times, EYM Wisconsin was registered with the Wisconsin Secretary of State to do business in Wisconsin. According to the Texas Secretary of State's website, the manager of EYM Wisconsin is an individual named Eduardo Diaz with an address of 4925 N. O'Connor Blvd., Irving, Texas. Based upon the citizenship of its sole manager, EYM Wisconsin is a citizen of the state of Texas.

7. EYM Realty of Indiana, LLC (EYM Indiana), is a Texas limited liability company with its principle place of business at 4925 N. O'Connor Blvd., Irving, Texas 75062. At all relevant times, EYM Wisconsin was registered with the Indiana Secretary of State to do business in Indiana. According to the Texas Secretary of State's website, the manager of EYM Indiana is an individual named Eduardo Diaz with an address of 211 E. 7th St., Ste 620, Austin, Texas 78701. Based upon the citizenship of its sole manager, EYM Indiana is a citizen of the state of Texas.

8. EYM Group, Inc., is a Texas corporation with its principal place of business located in Irving, Texas. Per the Texas Secretary of State website, the President and sole officer of EYM Group, Inc. is Eduardo E. Diaz, whose address is 4925 N O'Connor Blvd 200, Irving, TX. Upon information and belief, EYM Group, Inc. is the parent company for the EYM Realty Entities. As a Texas corporation, EYM Group, Inc. is a citizen of the State of Texas.

## JURISDICTION AND VENUE

9. The Court has subject matter jurisdiction over this case based on 28 U.S.C. §§ 1332(a)(1), 1332(a)(2) and/or 1332(a)(3) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States, citizens of a State and citizens or subjects of a foreign state, and/or citizens of different States and in which citizens or subjects of a foreign state are additional parties.

10. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(3) because the EYM Realty Entities are subject to this Court's personal jurisdiction with respect to this action; each of the EYM Realty Entities purposely availed itself of the privileges of conducting activities within the State of Illinois by contracting with CAM, and where the EYM Realty Entities' specific contact with CAM in Illinois to contract for the three projects at issue gave rise to the instant dispute.

## FACTUAL BACKGROUND

A. *The Griffith, Indiana Project*

11. On or about June 23, 2021, EYM Griffith and CAM entered into a written agreement for CAM to provide general contracting services on a construction project owned by EYM Griffith located at 330 Ridge Road, Griffith, Indiana, for a contract price of $445,204.00 (the "Griffith Agreement"). A true and correct copy of the Griffith Agreement is attached hereto as **Exhibit A**

12. As set forth in the section of the Griffith Agreement titled "Progress Payments," EYM Griffith was contractually obligated to submit progress payments to CAM based upon CAM's "satisfactory progress" of the work. The progress payments were to be paid in 30% installments, with the final 10% paid upon completion. (**Exhibit A** at pp. 4-5).

13. CAM performed all of the work required by the Griffith Plaza Agreement, and EYM Griffith Plaza has been reaping the benefit of that work.

14. After taking into account all credits, the total due and owing to CAM from EYM Griffith Plaza under the Griffith Plaza Agreement is $16,267.80.

B. *The Waterton, Wisconsin Project*

15. On or about September 2, 2021, EYM Wisconsin and CAM entered into a written agreement for CAM to provide general contracting services on a construction project owned by EYM Wisconsin located at 605 S. Church St., Watertown, Wisconsin, for a contract price of

$1,805,729.00 (the "Watertown Agreement"). A true and correct copy of the Watertown Agreement is attached hereto as **Exhibit B**.

16. As set forth in the section of the Watertown Agreement titled "Progress Payments," EYM Wisconsin was contractually obligated to submit progress payments to CAM based upon CAM's "satisfactory progress" of the work. The progress payments were to be paid in 30% installments, with the final 10% paid upon completion (**Exhibit B** at pp. 4-5).

17. CAM performed all of the work required by the Watertown Agreement, including extra and change order work in the amount of $358,621.00, and EYM Wisconsin has been reaping the benefit of that work.

18. After taking into account all credits, the total due and owing to CAM from EYM Wisconsin under the Watertown Agreement is $117,158.50.

C. *The Brazil, Indiana Project*

19. On or about November 2, 2021, EYM Indiana and CAM entered into a written agreement for CAM to provide general contracting services on a construction project owned by EYM Indiana located 637 East National Ave., Brazil, Indiana, for a contract price of $1,781,656.00 (the "Brazil Agreement"). A true and correct copy of the Brazil Agreement is attached hereto as **Exhibit C**.

20. As set forth in the section of the Brazil Agreement titled, "Progress Payments," EYM Indiana was contractually obligated to submit progress payments to CAM based upon CAM's "satisfactory progress" of the work. The progress payments were to be paid in 30% installments, with the final 10% paid upon completion (**Exhibit C** at pp. 4-5).

21. CAM performed all of the work required by the Brazil Agreement, including extra and change order work in the amount of $269,103.08, and EYM Indiana has been reaping the benefit of that work.

22. After taking into account all credits, the total due and owing to CAM from EYM Indiana under the Brazil Agreement is $106,017.90.

## COUNT I
*Breach of Contract Against EYM Realty Griffith Plaza, LLC*

23. CAM re-alleges the allegations set forth in Paragraphs 1-22, inclusive, as and for its Paragraph 23 of this Count I as though fully set forth here.

24. The Griffith Plaza Agreement is a valid and enforceable contract and was entered into by EYM Griffith Plaza as Owner, and the work CAM performed was done with the knowledge and consent of the Owner. Alternatively, EYM Griffith Plaza was authorized by EYM Group, Inc. to enter into the Griffith Plaza Agreement.

25. CAM performed all of the work required by the Griffith Plaza Agreement.

26. Despite CAM's performance, EYM Griffith Plaza has breached the Griffith Plaza Agreement by failing and refusing to pay all amounts due and owing.

27. As a result of EYM Griffith Plaza's breach, CAM has been damaged in the amount of $16,267.80.

WHEREFORE, CAM Development Group, Inc., an Illinois corporation, prays that judgment be entered against EYM Realty Griffith Plaza, LLC, a Texas limited liability company, for the sum of $16,267.80, plus interest, attorneys' fees and costs and for other relief as this Court deems equitable and just.

## COUNT II
*Breach of Contract Against EYM Realty of Wisconsin, LLC*

28. CAM re-alleges the allegations set forth in Paragraphs 1-22, inclusive, as and for this Paragraph 28 of Count II as though fully set forth here.

29. The Watertown Agreement is a valid and enforceable contract that was entered into by EYM Wisconsin as Owner, and the work CAM performed was done with the knowledge and

consent of the Owner. Alternatively, EYM Wisconsin was authorized by EYM Group, Inc. to enter into the Watertown Agreement.

30. CAM performed all of the work required by the Watertown Agreement.

31. Despite CAM's performance, EYM Wisconsin has breached the Watertown Agreement by failing and refusing to pay all amounts due and owing.

32. As a result of EYM Wisconsin's breach, CAM has been damaged in the amount of $117,158.50.

WHEREFORE, CAM Development Group, Inc., an Illinois corporation, prays that judgment be entered against EYM Realty of Wisconsin, LLC, a Texas limited liability company, for the sum of $117,158.50. plus interest, attorneys' fees and costs and for other relief as this Court deems equitable and just.

## COUNT III
*Breach of Contract Against EYM Realty of Indiana, LLC*

33. CAM re-alleges the allegations set forth in Paragraphs 1-22, inclusive, as and for its as Paragraph 33 of this Count III as though fully set forth here.

34. The Brazil Agreement is a valid and enforceable contract and was entered into by EYM Indiana as Owner, and the work CAM performed was done with the knowledge and consent of the Owner. Alternatively, EYM Indiana was authorized by EYM Group, Inc. to enter into the Brazil Agreement.

35. CAM performed all of the work required by the Brazil Agreement.

36. Despite CAM's performance, EYM Indiana has breached the Brazil Agreement by failing and refusing to pay all amounts due and owing.

37. As a result of EYM Indiana's breach, CAM has been damaged in the amount of $106,017.90.

7

WHEREFORE, CAM Development Group, Inc., an Illinois corporation, prays that judgment be entered against EYM Realty of Indiana, LLC, a Texas limited liability company, for the sum of $106,017.90, plus interest, attorneys' fees and costs and for other relief as this Court deems equitable and just.

## COUNT IV
*Alternative Claim for Breach of Contract Against EYM Group, Inc. – Alter Ego*

38. CAM re-alleges the allegations set forth in Paragraphs 1-22, inclusive, as and for its Paragraph 38 of this Count IV as though fully set forth here.

39. CAM has alleged the existence of various contracts (*i.e.*, the Griffith Plaza Agreement, the Watertown Agreement, and the Brazil Agreement) between CAM and EYM Realty Entities. However, in the alternative, should the EYM Realty Entities be deemed an alter ego of EYM Group, Inc., CAM may recover directly against EYM Group, Inc. for nonpayment of the Griffith Plaza Agreement, the Watertown Agreement, and the Brazil Agreement (collectively, the "CAM - EYM Agreements") as set forth herein.

40. As currently displayed on the "About Us" portion of EYM Group, Inc.'s webpage (eymgroup.com), EYM Group, Inc. is a multi-brand franchisee company operating in 7 states[1]. EYM Group, Inc. further claims it has grown because of a "combination of restaurant development and strategic acquisitions". A printout from eymgroup.com accessed on March 19, 2025 is attached hereto as **Exhibit D**.

41. The descriptions of the various franchises on EYM Group, Inc.'s website include links to various subsets of EYM Group, Inc. – EYM Diner (Denny's, www.eymdiner.com); EYM Pizza (Pizza Hut, www.eympizza.com) and EYM Café (Panera Bread, www.eymcafe.com).

---

[1] An Internet Archive "Wayback Machine" search shows that on January 29, 2023, EYM Group, Inc. claimed to operate in 8 states (including Indiana). The reference to Indiana has since been removed, along with references to Burger King and Kentucky Fried Chicken. See
https://web.archive.org/web/20230129090945/https://www.eymgroup.com/about-us/

**Exhibit D**. A subset of EYM Group, Inc. known as EYM Realty (www.eymrealty.com) had a webpage that was active as of January 14, 2022 and had a nearly identical layout to the foregoing Diner, Pizza and Café webpages[2]. A printout from the "About Us" and "Our Mission" pages from the Internet Archive "Wayback Machine" snapshot of the website is attached hereto as **Exhibit E**.

42. According to EYM Realty's "About Us" page, EYM Realty "is based in Irving, Texas, and specializes in leasing retail properties, storage units, and specialty lots across the United States". **Exhibit E** at p. 1.

43. According to EYM Realty's "Our Mission" page, under the subheading "Our Tenants," a rotating display illustrates Denny's, Panera, and Burger King franchises operated by EYM Realty. **Exhibit E** at pp. 2-4.

44. As described above, an individual named Eduardo E. Diaz is the sole Manager of each of the EYM Entities; according to the Texas Secretary of state website, as of April 23, 2025, the President and sole officer of EYM Group, Inc. is Eduardo E. Diaz, whose address is 4925 N O'Connor Blvd 200, Irving, TX.

45. Based on the foregoing, there is such a unity of interest and ownership between and among EYM Group, Inc. – whether under its corporate name or doing business as EYM Realty – and the EYM Entities, such that "separate identities" do not exist, and that the EYM Entities are mere instrumentalities of EYM Group, Inc.

46. In the event that EYM Group, Inc. and any of the EYM Entities are viewed as separate entities, such an interpretation would disregard the nature of the EYM Entities as instrumentalities of EYM Group, Inc. and promote fraud and/or injustice to parties contracting with any of the EYM Entities.

---

[2] As of April 23, 2025, according to the Texas Comptroller's website (comptroller.texas.gov), an apparently unrelated entity known as EYM Realty, LLC is no longer actively registered to transact business in Texas.

47. As evidenced by the foregoing, EYM Group, Inc. is the alter ego of each of the EYM Realty Entities.

48. The CAM – EYM Agreements were entered into by EYM Group, Inc. as beneficial owner, and the work CAM performed was done with the knowledge and consent of the beneficial owner. Alternatively, EYM Group, Inc. authorized the EYM Realty Entities to enter into the CAM – EYM Agreements.

49. CAM performed all of the work required by the CAM – EYM Agreements.

50. Despite CAM's performance, EYM Group, Inc. has breached the CAM – EYM Agreements by failing and refusing to pay all amounts due and owing.

51. As a result of EYM Group, Inc.'s breach, CAM has been damaged in the amount of $239,444.20.

WHEREFORE, CAM Development Group, Inc., an Illinois corporation, prays that judgment be entered against EYM Group, Inc., a Texas corporation, disregarding the separate corporate names of the EYM Entities and considering each of them as a mere instrumentality of EYM Group, Inc., for the sum of $239,444.20, plus interest, attorneys' fees and costs and for other relief as this Court deems equitable and just.

Respectfully submitted,

Amundsen Davis, LLC

/s/ Constantine Gavrilos
Matthew W. Horn, ARDC #6294719
Kimberly A. Herring, ARDC #6329811
Constantine Gavrilos, ARDC #6329716
Amundsen Davis LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3200 - Fax (312) 894-3210
mhorn@amundsendavislaw.com
kherring@amundsendavislaw.com
cgavrilos@amundsendavislaw.com