**3078931 – MWH/KAH/CG**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CAM DEVELOPMENT GROUP, INC.,<br>an Illinois corporation,<br><br>Plaintiff,<br>v.<br><br>EYM REALTY GRIFFITH PLAZA, LLC,<br>a Texas limited liability company;<br>EYM REALTY OF WISCONSIN, LLC,<br>a Texas limited liability company;<br>EYM REALTY OF INDIANA, LLC<br>a Texas limited liability company; and<br>EYM GROUP, INC., a Texas corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Docket No. 25-cv-6636<br><br>Hon. Heather K. McShain |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, CAM DEVELOPMENT GROUP, INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulates and agrees to dismiss all pending claims in this matter, without prejudice, pursuant to settlement agreement between the parties. In furtherance of this Stipulation and Order of Dismissal, and pursuant to the terms of settlement, the parties are agreed as follows:

(1) The parties expressly waive the requirements of Rule 65(d) and hereby incorporate the full terms of the settlement agreement, dated April 29, 2026, into this Stipulation and Order of Dismissal by reference;

(2) All parties are to comply with their respective obligations pursuant to the agreed terms of settlement; and

(3) The Court shall retain jurisdiction to enforce the settlement agreement.

**ENTERED:**

______________________________

**Hon. Heather K. McShain**

**Date:**

*Submitted by Counsel for Plaintiff*
Matthew W. Horn, ARDC #6294719
Constantine Gavrilos, ARDC #6329716
Amundsen Davis, LLC
150 N. Michigan Ave, Suite 3300
Chicago, IL 60601
(312) 894-3200/Fax (312) 894-3210
mhorn@amundsendavislaw.com
cgavrilos@amundsendavislaw.com